UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE R. AYDELOTTE,<br><br>                Plaintiff,<br><br>    v.<br><br>TOWN OF SKYKOMISH, et al.,<br><br>                Defendants. | CASE NO. 14-307 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiff's Amended Complaint (Dkt. No. 71). Because Plaintiff's Motion for Joinder to Add Additional Party Mike Descheemaeker remains pending, the time for amending the complaint as a matter of course has long passed, Plaintiff has not requested leave from the Court for the filing, and there is nothing to suggest the Amended Complaint is stipulated, the Court will strike the filing; Plaintiff may refile an Amended Complaint in accordance with Federal Rule of Civil Procedure 15.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed June 26, 2019.

                                              William M. McCool
                                              Clerk of Court

                                              s/Rhonda Miller
                                              Deputy Clerk