# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GEORGE R AYDELOTTE,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF SKYKOMISH,<br><br>Defendant. | CASE NO. C14-307 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having received the Notice of Non-Settlement from Mediator Larry A. Jordan, and noting his recommendation that the Court appoint a settlement judge to conduct a settlement conference, the Court declines to do so.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 11, 2019.

William M. McCool
Clerk of Court

s/RHONDA MILLER
Deputy Clerk

MINUTE ORDER - 2