# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| GEORGE R. AYDELOTTE,<br><br>                Plaintiff,<br><br>   v.<br><br>TOWN OF SKYKOMISH, et al.,<br><br>                Defendants. | No. 2:14-CV-00307 MJP<br><br>ORDER EXTENDING<br>DISCOVERY DEADLINES |

## ORDER

Plaintiff George "Rick" Aydelotte moves for an extension of the discovery deadlines in this case to permit the completion of Defendants' document production and written discovery responses and the depositions of Alan "Tony" Grider, Mike Descheemaeker, and the Town of Skykomish. As Plaintiff has shown good cause for the requested extension, it is ORDERED that the deadlines be extended as follows:

| Discovery motions | Two weeks from the date of this order |
|---|---|
| Discovery completed | Three weeks from the date of this order |

All other case deadlines remain unchanged.

IT IS SO ORDERED.

Dated this 2nd day of December, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER EXTENDING
DISCOVERY DEADLINES (2:14-cv-307-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | Davis Wright Tremaine LLP<br>*Attorneys for George R. Aydelotte* |
| 4 | By */s/ James E. Howard* |
| 5 | James E. Howard, WSBA No. 37259<br>MaryAnn T. Almeida, WSBA No. 49086 |
| 6 | Rose McCarthy, WSBA No. 54282<br>920 Fifth Avenue, Suite 3300 |
| 7 | Seattle, WA 98104-1610<br>Telephone: (206) 622-3150 |
| 8 | Fax: (206) 757-7700<br>E-mail: jimhoward@dwt.com |
| 9 | maryannalmeida@dwt.com<br>rosemccarthy@dwt.com |

ORDER EXTENDING
DISCOVERY DEADLINES (2:14-cv-307-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax