The Honorable Marsha J. Pechman
MARCH 26, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE R. AYDELOTTE,

    Plaintiff,

v.

TOWN OF SKYKOMISH, et al.,

    Defendants.

No. 2:14-CV-00307 MJP

DEFENDANTS' ~~PROPOSED~~ SCHEDULE

Plaintiff George "Rick" Aydelotte and Defendants Town of Skykomish, Mike Descheemaeker, and Alan "Tony" Grider (collectively, the "Parties"), have conferred at the Court's direction regarding an amended schedule for the remaining deadlines in this case. The parties agreed on the majority of the proposed dates, but the Plaintiff insisted on unauthorized and prejudicial disclosures.

The Defendants' propose the following schedule:

| | |
|---|---|
| JURY TRIAL DATE | December 7, 2020 |
| Deadline for Descheemaeker's Document and Written Discovery Responses | April 10, 2020[1] |
| Deadline for Descheemaeker's deposition | April 20, 2020 |
| Plaintiff's Supplemental Response Brief, if any | May 22, 2020 |
| Defendants' Supplemental Reply Brief, if any | June 5, 2020 |
| Plaintiff's Deposition | June 30, 2020 |
| Motions in limine | October 23, 2020 |

---

[1] The parties suggest an additional two days be permitted, above the 20 days ordered by the Court on March 19, 2020 (Dkt. 110) to accommodate logistical challenges.

ORDER SETTING CASE SCHEDULE (2:14-cv-307-MJP) - 1

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131    Fax (509) 663-0679

| Agreed pretrial order due | November 20, 2020 |
|---|---|
| Trial briefs, proposed voir dire questions, and proposed jury instructions | November 20, 2020 |
| Pretrial conference | December 1, 2020 |

DATED this 26th day of March, 2020.

                                CARLSON & MCMAHON, PLLC
*Attorneys for Town of Skykomish, Mike Descheemaeker, and Alan "Tony" Grider*

By    /s/                       
   David L. Force, WSBA No. 29997
   715 Washington Street
   P.O. Box 2965
   Wenatchee, WA  98807-2965
   Telephone: (509) 662-6131
   Fax: (509) 663-0679
   Email: davidf@carlson-mcmahon.org

ORDER SETTING CASE SCHEDULE (2:14-cv-307-MJP) - 1

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

# ORDER

The Defendants' present the Court with a proposed schedule. The remaining deadlines in this case are as follows:

| | |
|---|---|
| JURY TRIAL DATE | December 7, 2020 |
| Deadline for Descheemaeker's Document and Written Discovery Responses | April 10, 2020 |
| Deadline for Descheemaeker's deposition | April 20, 2020 |
| Plaintiff's Supplemental Response Brief, if any | May 22, 2020 |
| Defendants' Supplemental Reply Brief, if any | June 5, 2020 |
| Plaintiff's Deposition | June 30, 2020 |
| Motions in limine | October 23, 2020 |
| Agreed pretrial order due | November 20, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | November 20, 2020 |
| Pretrial conference | December 1, 2020 |

IT IS SO ORDERED.

Dated this 26th day of March, 2020.

_____
Marsha J. Pechman
Senior United States District Judge

**PRESENTED BY**

CARLSON & MCMAHON, PLLC
*Attorneys for Town of Skykomish, Mike Descheemaeker, and Alan "Tony" Grider*

By____/s/_____
   David L. Force, WSBA No. 29997
   715 Washington Street
   P.O. Box 2965
   Wenatchee, WA  98807-2965
   Telephone: (509) 662-6131
   Fax: (509) 663-0679
   Email:  davidf@carlson-mcmahon.org

ORDER SETTING CASE SCHEDULE (2:14-cv-307-MJP) - 1

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679