Patrick McMahon, WSBA #18809
David L. Force, WSBA #29997
Attorneys for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org
davidf@carlson-mcmahon.org

THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GEORGE R. AYDELOTTE, | NO. 2:14-CV-00307-MJP |
| Plaintiff(s), | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| TOWN OF SKYKOMISH, et al., | |
| Defendant(s). | |

THE ABOVE-ENTITLED ACTION, having been fully settled and compromised between Defendants TOWN OF SKYKOMISH, ALAN A. GRIDER, CRYSTAL GRIDER and MIKE D. DESCHEEMAEKER and Plaintiff GEORGE R. AYDELOTTE, the undersigned attorneys for the respective parties, hereby stipulate to the entry of an Order of Dismissal with Prejudice as to all parties, claims and causes of action and without costs or attorney fees to either party.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 1

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

DATED:  12/01/2020.

CARLSON & McMAHON, PLLC

By:  /s/ Patrick McMahon
    PATRICK McMAHON
    WSBA #18809
    Attorney for Defendants

DATED:  12/01/2020.

DAVIS WRIGHT TREMAINE, LLP

BY:  /s/ James E. Howard
    JAMES E. HOWARD
    WSBA #37259
    Attorney for Plaintiff

DATED:  12/01/2020.

DAVIS WRIGHT TREMAINE, LLP

BY:  /s/ MaryAnn T. Almeida
    MARYANN T. ALMEIDA
    WSBA #49086
    Attorney for Plaintiff

DATED:  12/01/2020.

CARLSON & McMAHON, PLLC

By:  /s/ David L. Force
    DAVID L. FORCE
    WSBA #29997
    Attorney for Defendants

DATED:  12/01/2020.

CHRISTIE LAW GROUP, PLLC

By:  /s/ Thomas P. Miller
    THOMAS P. MILLER
    WSBA #34473
    Attorney for Defendants

DATED:  12/01/2020.

DAVIS WRIGHT TREMAINE, LLP

BY:  /s/ Rose McCarty
    ROSE MCCARTY
    WSBA #54282
    Attorney for Plaintiff

## **O R D E R**

    THE ABOVE MATTER coming on regularly for hearing this date in open court upon the stipulation of the parties for the entry of an Order of

Dismissal with Prejudice as to all parties, claims, and causes of action between the above-named Defendants and Plaintiff George R. Aydelotte, and without costs or attorney fees to either party, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above action is hereby dismissed with prejudice and without costs or attorney fees to either party.

DONE this 1st day of December, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

CARLSON & McMAHON, PLLC

By:   /s/ Patrick McMahon
        PATRICK McMAHON, WSBA #18809
        Attorney for Defendants

CARLSON & McMAHON, PLLC

By:   /s/ David L. Force
        DAVID L. FORCE, WSBA #29997
        Attorney for Defendants

CHRISTIE LAW GROUP, PLLC

By:   /s/ Thomas P. Miller
        THOMAS P. MILLER

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 3

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

WSBA #34473
Attorney for Defendants

Approved as to Form and Content;              Approved as to Form and Content;
Notice of Presentation Waived:                Notice of Presentation Waived:

DAVIS WRIGHT TREMAINE, LLP          DAVIS WRIGHT TREMAINE, LLP

BY:   /s/ James E. Howard                     BY:   /s/ MaryAnn T. Almeida
      JAMES E. HOWARD                               MARYANN T. ALMEIDA
      WSBA #37259                                   WSBA #49086
      Attorney for Plaintiff                        Attorney for Plaintiff

Approved as to Form and Content;
Notice of Presentation Waived:

DAVIS WRIGHT TREMAINE, LLP

BY:   /s/ Rose McCarty
      ROSE MCCARTY
      WSBA #54282
      Attorney for Plaintiff

AWC05-02326\STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE 120120FINAL

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

## CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on December 1, 2020 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/DKT system and forwarded a copy via electronic mail to the following party:

James E Howard jimhoward@dwt.com

MaryAnn Tatiana Almeida maryannalmeida@dwt.com

Rose McCarty rosemccarty@dwt.com

Thomas P Miller tom@christielawgroup.com

Signed at Wenatchee, Washington on December 1, 2020.


_____/s/_____ Patrick McMahon_____
PATRICK MCMAHON, WSBA #18809

_____/s/_____ David L. Force_____
DAVID L. FORCE, WSBA #29997

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679